UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HARALD RICHTER, an individual,

    Plaintiff,

vs.

MIO TECHNOLOGY USA LTD.; *et al.*,

    Defendant,

2:10-cv-1352--RJJ

O R D E R

This matter is before the Court on a Stipulated Amended Scheduling Order and Discovery Plan (#17).

The Court having reviewed the Stipulated Amended Scheduling Order and Discovery Plan (#17) finds that the parties have settled this case. *See*, Stipulation (#17) at pg. 1, line 27. Therefore, there is no valid reason to extend discovery deadlines in this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Amended Scheduling Order and Discovery Plan (#17) is **DENIED.**

IT IS FURTHER ORDERED that on or before May 6, 2011, the parties shall file the appropriate settlement/dismissal documents in this case.

DATED this   20th   day of April, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge