Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HARALD RICHTER, an individual, | Case No.: 2:10-cv-01352-JCM -RJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MIO TECHNOLOGY USA LTD. a California corporation; MITAC USA, INC., a California corporation; and MITAC INTERNATIONAL CORP., a Taiwan corporation, | |
| Defendants. | |

Plaintiff and Defendants, by and through their counsel of record, stipulate and agree as follows:

1. That all claims filed in this action are hereby DISMISSED WITH PREJUDICE.

2. That all parties will bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. That no trial in this has been set in this matter and this case shall be CLOSED.

IT IS SO STIPULATED:

DATED:    4/29/2011                                    DATED:    4/29/2011

**BORGHESE LEGAL, LTD.**                               **ARDENT LAW GROUP, P.C.**

By: */s/ Mark Borghese*                                By: */s/ John D. Tran*
    Mark Borghese, Esq.                                  John D. Tran, Esq.
    10161 Park Run Drive, Suite 150                       2600 Michelson Dr., Ste. 1700
    Las Vegas, NV  89145                                  Irvine, CA 92612
    Attorneys for Plaintiff                               Attorneys for Defendants

## ORDER

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:   May 4, 2011

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2011-04-29-Stipulation and order for dismissal.doc            2

**CERTIFICATE OF SERVICE**

I am a resident of Clark County, Nevada and am over the age of 18 years and not a party to the action. My business address is: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada, 89145.

On **April 29, 2011**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**E-MAIL / E-FILE:** Automatically through the court's electronic filing system or by transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mark Borghese*

An employee of BORGHESE LEGAL, LTD.

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2011-04-29-Stipulation and order for dismissal.doc     3

1

2

**SERVICE LIST**

3

4

| ATTORNEYS<br>OF RECORD | PARTIES<br>REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| John D. Tran, Esq.<br>**ARDENT LAW GROUP, P.C.**<br>2600 Michelson Dr., Ste. 1700<br>Irvine, CA 92612 | Defendants | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |
| Rodney M. Jean<br>**LIONEL SAWYER & COLLINS**<br>1700 Bank of America Plaza<br>300 S. Fourth Street<br>Las Vegas, NV 89101 | Defendants | ☐ Personal service<br>☒ Email / E-File<br>☐ Fax service<br>☐ Mail service |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200